MN,ND-305
(5/94)

# 1869

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
### THIRD DIVISION

**Unclaimed Dividends and/or**
**Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:    Gordon W. Holtz

Chapter 7

Case No. 06-33329

Please Check One:

____  Unclaimed Dividends

__X__  Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Fairview<br>Central Business Office<br>400 Stinson Blvd<br>Minneapolis, MN 55413 | 1 | $275.00 | $1.00 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 5 | $609.90 | $2.25 |

Date: March 4, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED 10 MAR -5 AM 11:41 U.S. BANKRUPTCY COURT ST. PAUL, MN